UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CLAYNESHA MOSES                                 :

             Plaintiff,                  :       <u>ORDER</u>

  -v.-                                                          :
                                                           23 Civ. 4717 (ER) (GWG)

COMMISSIONER OF SOCIAL SECURITY,      :

             Defendant.                  :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       The plaintiff has failed to file a brief as required by this Court's Order of August 30, 2023. Nonetheless, and in accordance with the Court's Standing Order (M 10-468) dated November 18, 2022, defendant shall file and serve a brief in this matter on or before October 27, 2023.  If the plaintiff disagrees with the disposition requested by the Commissioner, the plaintiff may file an opposition brief on or before November 13, 2023.

       SO ORDERED.

Dated: October 10, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge